**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS ANTONIO RAUDA GUARDADO,<br><br>                    Petitioner,<br><br>        v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,<br><br>                    Respondents. | NO. EDCV 26-01778 VBF (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections were filed and the expedited period to do so has passed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; (2) a writ of habeas corpus shall issue requiring Petitioner's immediate release unless he is afforded a new bond hearing within seven days; and (3) the parties shall file a

1

joint status report within ten days confirming that Petitioner has been afforded a new, individualized bond hearing.

Date:  May 1, 2026

_____

VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

2