JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANTONIO RAUDA GUARDADO, | NO. 5:26-cv-01778-KS |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge [Dkt. No. 16], IT IS ADJUDGED that this action is dismissed.

DATED: May 18, 2026

_____
KAREN L. STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE